FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

05 APR 22 AM 9:08

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:04-CR-129 (WDO) |
| | : | |
| v. | : | |
| | : | |
| RON TERRELL ELLERBEE | : | |
| | : | |

### ORDER FOR ADDITIONAL DECREASE FOR
### ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1(B)

Upon the motion of the Government, for the reasons set forth in the Government's Motion for Additional Decrease For Acceptance of Responsibility Under U.S.S.G. § 3E1.1(B), IT IS HEREBY ORDERED that:

(1)   If Defendant qualifies for a two level decrease for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a) at the time of sentencing; and

(2)   Defendant's base offense is a level 16 or greater, prior to the operation of U.S.S.G. § 3E1.1(a);

Defendant shall be given an additional one (1) level decrease for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

SO ORDERED, this 21st, day of April, 2005.

_____
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655